JOSEPH DALTON et al., Appellants-Respondents, v GEORGE PATAKI, as Governor of the State of New York, et al., Respondents-Appellants, et al., Respondents. (Action No. 1.)

LEE KARR, Appellant-Respondent, v GEORGE PATAKI, as Governor of the State of New York, et al., Respondents-Appellants, et al., Respondents. (Action No. 2.)

Submitted October 25, 2004; decided November 18, 2004

Motion by Daniel T. Warren for leave to file an amicus curiae

brief on the appeals herein granted. Twenty copies of the brief may be filed and three copies served within 10 days.